```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                           CASE NO. 06 B 10694
   LARRY L JONES
   LAWANDA FOSTER JONES                          CHAPTER 13

                                                 JUDGE: JACQUELINE P COX
            Debtor
   SSN XXX-XX-8164    SSN XXX-XX-7606

------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
     The case was filed on 08/30/2006 and was confirmed 10/30/2006.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

     The case was converted to chapter 7 after confirmation 02/20/2008.
------------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                             PAID          PAID
------------------------------------------------------------------------------
DRIVE FINANCIAL SERVICES SECURED VEHIC    3929.00         258.13         1402.96
WELLS FARGO AUTO FINANCE SECURED VEHIC   18463.63        1208.92         6684.12
WELLS FARGO AUTO FINANCE UNSEC W/INTER NOT FILED             .00             .00
ARROW FINANCIAL SERVICES UNSEC W/INTER NOT FILED             .00             .00
ARONSON FURNITURE        UNSEC W/INTER NOT FILED             .00             .00
ASPEN-S GOLD MASTER CARD UNSEC W/INTER     488.45            .00             .00
ASSET ACCEPTANCE LLC     UNSEC W/INTER NOT FILED             .00             .00
CAVALRY PORTFOLIO SERVIC UNSEC W/INTER NOT FILED             .00             .00
CBCS                     UNSEC W/INTER NOT FILED             .00             .00
CDA PONTIAC              UNSEC W/INTER NOT FILED             .00             .00
CITY OF CHICAGO PARKING  UNSEC W/INTER     810.00          16.62             .00
COLLECTION SYSTEMS INC   UNSEC W/INTER NOT FILED             .00             .00
COLLECTION COMPANY OF AM UNSEC W/INTER NOT FILED             .00             .00
PORTFOLIO RECOVERY ASSOC UNSEC W/INTER    2389.85          62.67             .00
ROUNDUP FUNDING LLC      UNSEC W/INTER     532.38            .00             .00
CTA SS & U FEDERAL CU    UNSEC W/INTER NOT FILED             .00             .00
DEPENDON COLLECTION SE   UNSEC W/INTER NOT FILED             .00             .00
ECONOMY FURNITURE        UNSEC W/INTER    5001.52         168.26             .00
FERLEGER & ASSOCIATES    UNSEC W/INTER NOT FILED             .00             .00
FERLEGER & ASSOCIATES    UNSEC W/INTER NOT FILED             .00             .00
RESURGENT CAPITAL SERVIC UNSEC W/INTER     626.49            .00             .00
FIRST CONSUMERS NATIONAL UNSEC W/INTER NOT FILED             .00             .00
PREMIER BANKCARD         UNSEC W/INTER     434.30            .00             .00
FIRST SAVINGS CREDIT CAR UNSEC W/INTER NOT FILED             .00             .00
FORD MOTOR CREDIT        UNSEC W/INTER NOT FILED             .00             .00
FREEDMAN ANSELMO & LINDB NOTICE ONLY   NOT FILED             .00             .00
ILLINOIS COLLECTION SERV UNSEC W/INTER NOT FILED             .00             .00
JEFFERSON CAPITAL SYSTEM UNSEC W/INTER     347.56            .00             .00
KCA FINANCIAL SERVICES   UNSEC W/INTER NOT FILED             .00             .00
BRIAN S GLASS            UNSEC W/INTER NOT FILED             .00             .00
LINEBARGER GOGGAN BLAIR  NOTICE ONLY   NOT FILED             .00             .00
LTD FINANCIAL SERVICES L UNSEC W/INTER NOT FILED             .00             .00

                    PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 06 B 10694 LARRY L JONES & LAWANDA FOSTER JONES
```

```
MCI                        UNSEC W/INTER NOT FILED              .00           .00
MEDICAL BUSINESS BUREAU    UNSEC W/INTER NOT FILED              .00           .00
MEDICAL COLLECTION         UNSEC W/INTER NOT FILED              .00           .00
MEDICAL COLLECTION         UNSEC W/INTER NOT FILED              .00           .00
MEDICAL COLLECTION         UNSEC W/INTER NOT FILED              .00           .00
MEDICAL COLLECTION         UNSEC W/INTER NOT FILED              .00           .00
MIDLAND CREDIT MANAGEMEN   UNSEC W/INTER    263.64              .00           .00
MRSI                       UNSEC W/INTER NOT FILED              .00           .00
PROVIDIAN                  UNSEC W/INTER NOT FILED              .00           .00
RJM AQUISITIONS FUNDING    UNSEC W/INTER NOT FILED              .00           .00
RJM AQUISITIONS FUNDING    UNSEC W/INTER NOT FILED              .00           .00
SALLIE MAE LSCF            UNSEC W/INTER NOT FILED              .00           .00
SALLIE MAE LSCF            UNSEC W/INTER NOT FILED              .00           .00
STREAMLINE CAPITAL PARTN   UNSEC W/INTER   1848.57            37.89           .00
TRUE LOGIC FINANCIAL COR   NOTICE ONLY   NOT FILED              .00           .00
UNITED COLLECTIONS         UNSEC W/INTER NOT FILED              .00           .00
UNITED COLLECTION BUREAU   UNSEC W/INTER NOT FILED              .00           .00
UNITED COLLECTION BUREAU   UNSEC W/INTER NOT FILED              .00           .00
UNITED COLLECTION BUREAU   UNSEC W/INTER NOT FILED              .00           .00
UNITED COLLECTION BUREAU   UNSEC W/INTER   2104.00            55.16           .00
WISCH AUTO SALES           UNSEC W/INTER NOT FILED              .00           .00
DRIVE FINANCIAL SERVICES   UNSEC W/INTER    810.60            16.62           .00
ISAC                       UNSEC W/INTER   7360.37           247.61           .00
DONALD LAWRENCE SR         NOTICE ONLY   NOT FILED              .00           .00
ILLINOIS DEPT OF HUMAN S   UNSEC W/INTER   1274.00            17.41           .00
IL DEPT OF REVENUE LEV 7   PRIORITY         898.46              .00        898.46
*MACEY & ALEMAN            DEBTOR ATTY    2,300.00                        2,300.00
TOM VAUGHN                 TRUSTEE                                          856.17
DEBTOR REFUND              REFUND                                              .00

         Summary of Receipts and Disbursements:
 ------------------------------------------------------------------------------
                      RECEIPTS           DISBURSEMENTS
 ------------------------------------------------------------------------------
 TRUSTEE                 14,231.00

 PRIORITY                                     898.46
 SECURED                                    8,087.08
    INTEREST                                 1,467.05
 UNSECURED                                       .00
    INTEREST                                  622.24
 ADMINISTRATIVE                             2,300.00
 TRUSTEE COMPENSATION                         856.17
 DEBTOR REFUND                                   .00
                         ---------------   ---------------
 TOTALS                  14,231.00          14,231.00


         PAGE  2 - CONTINUED ON NEXT PAGE
    CASE NO. 06 B 10694 LARRY L JONES & LAWANDA FOSTER JONES
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 05/23/08

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE